■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR VALERIO, Appellant. [708 NYS2d 619] —Judgment, Supreme Court, Bronx County (Robert Seewald, J.), rendered on or about April 28, 1995, unanimously affirmed. Motion seeking to reconsider expanding the record denied. No opinion. Concur—Rosenberger, J. P., Williams, Mazzarelli, Rubin and Friedman, JJ.